# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 1:16-cv-01712

JASON TERLIZZI and REBECCA
TERLIZZI, individually and on behalf of all
others similarly situated,

        Plaintiffs,

v.

ALTITUDE MARKETING, INC., and
GREENSKY, LLC,

        Defendants.

## STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiffs, Jason Terlizzi and Rebecca Terlizzi ("Plaintiffs"), and Defendant, Greensky, LLC, f/k/a GreenSky Trade Credit, LLC ("GreenSky"), by counsel, show that Plaintiffs and GreenSky have stipulated to an extension of time within which Equifax may answer, move or otherwise respond to Plaintiffs' Complaint, through and including August 24, 2016, and that any such responsive pleading by that date shall be deemed timely filed.

GreenSky will keep all of its defenses and objections to the lawsuit and does not waive them by entering into this Stipulation to extend its time to answer, move or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted this 26th day of July, 2016.

        By: */s/ Benjamin Harris Richman*
            Benjamin Harris Richman
            Edelson, PC-Chicago
            350 North LaSalle Street, Suite 1300
            Chicago, IL 60654-7582
            312-589-6370
            Fax: 312-589-6378
            Attorneys for Jason Terlizzi and Rebecca
            Terlizzi

By: /s/ *J. Anthony Love*
Barry Goheen
J. Anthony Love
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5139
bgoheen@kslaw.com
tlove@kslaw.com

Attorneys for Greensky, LLC, f/k/a GreenSky Trade Credit, LLC

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day electronically filed a true and correct copy of the foregoing STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT with the Clerk of the Court using the ECF system, and to send a copy by regular mail to the following:

Benjamin Harris Richman
Edelson, PC-Chicago
350 North LaSalle Street
Suite 1300
Chicago, IL 60654-7582

Rafey S. Balabanian
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435
rbalabanian@edelson.com

Altitude Marketing, Inc.
8671 Wolff Court, Suite 300
Westminster, Colorado 80031

Dated: July 26, 2016

                                          */s/ J. Anthony Love*