# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 1:16-cv-01712

JASON TERLIZZI and REBECCA
TERLIZZI, individually and on behalf of all
others similarly situated,

        Plaintiffs,

v.

ALTITUDE MARKETING, INC., and
GREENSKY, LLC,

        Defendants.

## GREENSKY LLC'S NOTICE OF RELATED CASES

Pursuant to Local Rule 3.2, Defendant, Greensky, LLC, f/k/a GreenSky Trade Credit, LLC ("GreenSky"), hereby provides this Notice of Related Cases and states that it is not aware of any related cases.

This 26th day of July, 2016.

        By: /s/ *J. Anthony Love*
           Barry Goheen
           J. Anthony Love
           KING & SPALDING LLP
           1180 Peachtree Street N.E.
           Atlanta, Georgia  30309-3521
           Tel:  (404) 572-4600
           Fax:  (404) 572-5139
           bgoheen@kslaw.com
           tlove@kslaw.com

           Attorneys for Greensky, LLC, f/k/a GreenSky
           Trade Credit, LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing NOTICE OF RELATED CASES with the Clerk of the Court using the ECF system, and to send a copy by regular mail to the following:

Benjamin Harris Richman
Edelson, PC-Chicago
350 North LaSalle Street
Suite 1300
Chicago, IL 60654-7582

Rafey S. Balabanian
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435
rbalabanian@edelson.com

Altitude Marketing, Inc.
8671 Wolff Court, Suite 300
Westminster, Colorado 80031

Dated: July 26, 2016

                                              */s/ J. Anthony Love*
                                              J. Anthony Love