# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01712

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**ALTITUDE MARKETING, INC.**, d/b/a 1 800 Solar USA, a Colorado corporation,

    Defendant.

---

## AGREED MOTION TO EXTEND TIME TO ANSWER

---

Plaintiffs Jason Terlizzi and Rebecca Terlizzi ("Plaintiffs"), by and through their undersigned counsel and pursuant to D.C.Colo.LCivR 6.1, hereby respectfully move the Court to extend Defendant Altitude Marketing, Inc.'s ("Altitude Marketing") time to answer or otherwise respond to the Complaint by approximately thirty (30) days, such that Altitude Marketing's response is due no later than September 5, 2016. In support of the instant motion, Plaintiffs state as follows:

    1.    On July 5, 2016, Plaintiffs filed the instant action. (Dkt.1.)

    2.    On July 14, 2016, service was effectuated on Altitude Marketing.

    3.    Defendant's current deadline to answer or otherwise respond to the Complaint is August 4, 2016.

    4.    Plaintiffs' counsel has conferred with Defendant and, subject to Court approval, requests to extend Defendant's deadline to answer or otherwise respond to the Complaint to

September 5, 2016, to allow Defendant sufficient time to investigate the claims in this action and prepare a response, and for the Parties to continue their ongoing discussions regarding their respective views of the claims and defenses at issue.

5. The Parties have not previously requested an extension of this deadline.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order (i) granting the instant motion, (ii) extending Defendant's deadline to answer or otherwise respond to the Complaint to September 5, 2016, and (iii) awarding such other and further relief as the Court deems reasonable and just.

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

Dated: August 3, 2016

By: /s/ Benjamin H. Richman
      One of Plaintiffs' Attorneys

Benjamin H. Richman
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
brichman@edelson.com

Rafey S. Balabanian
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435
rbalabanian@edelson.com

*Attorneys for Plaintiffs and the putative Classes*

**CERTIFICATE OF SERVICE**

I, Benjamin H. Richman, an attorney, hereby certify that on August 3, 2016, I served the above and foregoing *Agreed Motion to Extend Time to Answer* by causing a true and accurate copy of such paper to be filed with the Clerk of the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system. I further certify that, in accordance with Local Rule 6.1, I caused this motion to be served on Plaintiffs Jason Terlizzi and Rebecca Terlizzi via email on August 3, 2016.

                                                                               /s/ Benjamin H. Richman