IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01712-MJW

JASON TERLIZZI, individually and on behalf of all others similarly situated, and
REBECCA TERLIZZI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ALTITUDE MARKETING, INC., d/b/a 1 800 Solar USA, a Colorado corporation, and
GREENSKY, LLC, a Georgia limited liability company,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Agreed Motion to Extend Time to Answer
(Docket No. 8) is GRANTED.  Defendant Altitude Marketing, Inc. shall respond to the
Complaint on or before September 5, 2016.

Date: August 3, 2016