## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01712

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**ALTITUDE MARKETING, INC**., d/b/a 1 800 Solar USA, a Colorado corporation, and **GREENSKY, LLC**, a Georgia limited liability company,

    Defendants.

---

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

---

Plaintiffs, Jason Terlizzi and Rebecca Terlizzi ("Plaintiffs"), and Defendant GreenSky, LLC ("GreenSky") (collectively, the "Parties"), hereby respectfully move the Court to continue the scheduling conference currently scheduled for September 12, 2016 at 9:30 a.m. by thirty (30) days, or to October 12, 2016. In support of this motion, the Parties jointly state as follows:

    1.    On July 5, 2016, Plaintiffs filed the instant action. (Dkt.1.)

    2.    On July 11, 2016, the Court set the initial scheduling conference for September 12, 2016 at 9:30 a.m. (Dkt. 4.) Pursuant to that Order, the current deadline for the Parties to hold their pre-scheduling conference meeting is August 22, 2016, to file a proposed scheduling order is September 2, 2016, and to exchange initial disclosures is September 26, 2016.

    3.    On July 26, 2016, the Parties filed a Stipulation for Extension of Time to Answer or Respond to the Complaint by Defendant GreenSky, extending its deadline from August 2, 2016 to August 24, 2016. (Dkt. 5.)

1

4. On August 3, 2016, Plaintiffs filed, and the Court granted, an Agreed Motion to Extend Time to Answer on behalf of Defendant Altitude Marketing, LLC ("Altitude Marketing"), extending its deadline from August 2, 2016 to September 5, 2016. (Dkts. 8, 9.)

5. Given their August 22, 2016 deadline to hold a pre-scheduling conference meeting and the fact that Defendants GreenSky and Altitude Marketing will not file answers or otherwise respond to the Class Action Complaint until August 24, 2016 and September 5, 2016, respectively, the Parties have conferred and agreed to request a brief thirty (30) day continuance of the scheduling conference to October 12, 2016. Such a continuance would automatically reset the corresponding deadlines as follows:

> (a) the Parties' deadline to hold a pre-scheduling conference meeting will be continued from August 22, 2016 to September 21, 2016;
>
> (b) the Parties' deadline to file a proposed scheduling order will be continued from currently September 2, 2016 to October 5, 2016; and
>
> (c) the Parties' deadline to exchange initial disclosures will be continued from September 26, 2016 to October 26, 2016.

6. Plaintiffs have attempted to communicate with Defendant Altitude Marketing via telephone and e-mail regarding this request, but have been unable to obtain a response.

7. This is the Parties' first request for a continuance of the scheduling conference and related deadlines. The request is made in good faith and not for any improper purpose.

**WHEREFORE**, the Parties respectfully request that the Court enter an order (i) granting the instant motion, (ii) continuing the scheduling conference to October 12, 2016 and extending the corresponding deadlines to hold a pre-scheduling conference meeting, file a proposed

scheduling order, and exchange initial disclosures accordingly, and (iii) awarding such other and further relief as the Court deems reasonable and just.

Date: August 22, 2016

| **Jason Terlizzi** and **Rebecca Terlizzi**, *Plaintiffs* | **GreenSky, LLC**, *Defendant* |
|---|---|
| By: /s/ Benjamin H. Richman<br>        One of Plaintiffs' Attorneys | /s/ John Anthony Love<br>        One of Its Attorneys |
| Benjamin H. Richman<br>EDELSON PC<br>350 North LaSalle Street, 13th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br>brichman@edelson.com | Barry Goheen<br>John Anthony Love<br>KING & SPALDING, LLP<br>1180 Peachtree Street, N.E., 38th Floor<br>Atlanta, Georgia 30309<br>Tel: 404.572.4600<br>Fax: 404.572.5100<br>bgoheen@kslaw.com<br>tlove@kslaw.com |
| Rafey S. Balabanian<br>EDELSON PC<br>123 Townsend Street<br>San Francisco, California 94107<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br>rbalabanian@edelson.com | *Attorneys for Defendant GreenSky, LLC* |
| *Attorneys for Plaintiffs and the putative Classes* | |

4

**CERTIFICATE OF SERVICE**

      I, Benjamin H. Richman, an attorney, hereby certify that on August 22, 2016, I served the above and foregoing *Joint Motion to Continue Scheduling Conference* by causing a true and accurate copy of such paper to be filed with the Clerk of the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system. I further certify that, in accordance with Local Rule 6.1, I caused this motion to be served on Plaintiffs Jason Terlizzi and Rebecca Terlizzi via email on August 22, 2016.

                                                     /s/ Benjamin H. Richman