IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01712

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**ALTITUDE MARKETING, INC.**, d/b/a 1 800 Solar USA, a Colorado corporation, and **GREENSKY, LLC**, a Georgia limited liability company,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Jason Terlizzi

    Rebecca Terlizzi

    DATED at Chicago, Illinois this 26th day of August, 2016.

    Courtney C. Booth
Name of Attorney

    Edelson PC
Firm Name

    350 North LaSalle Street, 13th Floor
Office Address

    Chicago, Illinois 60654
City, State, ZIP Code

    (312) 589-6370
Telephone Number

    cbooth@edelson.com
Primary CM/ECF E-mail Address