# EXHIBIT "A"





5492693214771459   Exp 07/16
CVV 391
JASON TERLIZZI

Shopping Pass*
For Barcode Scanners

5492693214771459
Exp 07/16

## Congratulations, JASON !
Your application has been approved for $ 49,000.00 !
You can start purchasing today by presenting this page and a photo ID to your Merchant.

**About Your Account:**

1. When you are ready to make your purchase, give your Account Number and Expiration Date to your Merchant along with your photo ID. Please be aware that if you authorize a down payment, you may have payments due prior to your job completion.
2. You have 4 months to use your credit limit of $49,000.00 . All purchases must be made by 10/29/2015 .
3. By providing your account number to your Merchant you are authorizing payment for the goods and/or services that you are purchasing. Only provide your account number to your Merchant when you are prepared to pay. Only those named on this Shopping Pass are authorized to make purchases. Do not give this Shopping Pass to any person not named on this Shopping Pass. If this Shopping Pass is lost or stolen, please notify us immediately at 866-936-0602.
4. After your first purchase, you will receive monthly statements during your promotional period to track your transactions. When you use your GreenSky® Installment Loan, you have zero liability for transactions that you do not authorize¹. Please monitor your statements carefully and contact us at 866-936-0602 to notify us of any unauthorized activity.
5. You will have no obligation under this loan unless you authorize a transaction.
6. Plan 3128. 84 payments. Beginning with 1st transaction, 12 month promo period with no payments required followed by 84 amortized payments based on the balance at the end of promo. Interest charged to account is waived if entire purchase balance is paid before the end of promo period. No prepayment penalty. APR stated in your loan agreement fixed for life of loan.

Thank you for choosing GreenSky®!
866-936-0602     service@greenskycredit.com     www.GreenSkyCredit.com

Use of this Shopping Pass or the associated unsecured Installment Loan by (any) Borrower (or any authorized user) to make a purchase constitutes acceptance by (all) Borrower(s) of the terms of the accompanying Installment Loan Agreement. The physical or electronic record of any such purchase will constitute the signature of (all) Borrower(s) on such Loan Agreement.

Provide your account number to authorize a transaction only after you are satisfied that you have received the goods and/or services that you are purchasing. Your Lender does not monitor the workmanship, quality or completeness of the goods and/or services that you purchase. Contact your Merchant immediately if not completely satisfied. During your promotional period, you will receive monthly statements to track your loan transactions. You have 60 days after any transaction date to file a dispute.

**FOR CUSTOMER PROTECTION, IDENTIFICATION WILL BE REQUIRED FOR ALL PURCHASES.**

X _____
Customer Signature

*Eligible only for purchases with your Merchant. Your Lender is specified on your Loan Agreement.
¹Standard MasterCard rules apply. Any unauthorized transactions must be reported to GreenSky® within 60 days.

Application ID: 1507011550

Examples of required minimum monthly payments for different total purchase amounts appear below:

| Total Amount of Purchases | Monthly Payment Amount |
|---|---|
| 5,000.00 | 115.77 |
| 10,000.00 | 231.54 |
| 15,000.00 | 347.31 |
| 20,000.00 | 463.07 |
| 25,000.00 | 578.84 |
| 49,000.00 | 1,134.52 |

# GreenSky® Unsecured Installment Loan Agreement

Reference Number:     Application ID: 1507011550     Date: 07/01/2015
Merchant: Altitude Marketing, Inc./ A/C Solar Solutions     LENDER: Union Bank and Trust, Richmond, VA

Lender Correspondence Address: 1797 Northeast Exp, Suite 100, Atlanta, GA 30329, Attention: Correspondence

Sales Person:

Borrower: JASON TERLIZZI     Borrower:
Phone Number: (720) 355-8023     Phone Number:
Address: 879 SAGEBRUSH DR     Address:
City/State/Zip: LOCHBUIE CO 80603     City/State/Zip:

The Finance Charge below includes $8,815.08 of deferred interest, which will be waived if you pay off your entire loan balance within 12 months from the date of your 1st transaction. Depending upon the timing of your purchases and the payments you make, your actual Annual Percentage Rate may vary from the estimated Annual Percentage Rate set forth in the Truth in Lending Disclosure form below and may be as high as the non-promotional annual interest rate of 17.99% as set forth in this Agreement.

**TRUTH IN LENDING DISCLOSURE**

| ANNUAL PERCENTAGE RATE<br>The cost of credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid when you have made all payments as scheduled |
|---|---|---|---|
| 17.99% (e) | $ 46,299.68 (e) | $ 49,000.00 (e) | $ 95,299.68 (e) |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 12 | $ 0.00 (e) | Beginning approximately one month after the 1st transaction and monthly thereafter for a total of 12 Months ("Promotional Period") |
| 83 | $ 1,134.52 (e) | Beginning monthly thereafter for a total of 83 months |
| 1 | $ 1,134.52 (e) | Approximately 96 months after the 1st transaction. |

Late Charge: If payment is more than 10 days late, you will be charged the lesser of $39 ($15 in Iowa) or 5% of the payment amount past due.

Prepayment: If you pay off early, you will not have to pay a penalty and you may be entitled to a refund of part of the finance charge.
See the rest of this document for any additional information for nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.
"(e)" means estimate

Itemization of Amount Financed: $ 49,000.00 (e) — Paid to Merchant

By signing below, each Borrower ("you") acknowledges that (i) Lender ("we" or "us") has approved Borrower(s) for an unsecured loan up to the Amount Financed as set forth in the Truth in Lending Disclosure above (which is part of this Agreement), (ii) each Borrower has received and retained a copy of Lender's Privacy Notice, (iii) each Borrower has read this Agreement, including any Addenda, and agrees to be bound by its terms, (iv) if this Agreement resulted from a sale in your home ("In-Home Sale"), the sales person has explained each Borrower's right to cancel and has provided a filled-in written Notice of Right to Cancel. Any Notice of Right to Cancel and any additional notice of right to cancel provided in the sales contract for an In-Home Sale, as well as any accompanying addendum provided to Borrower, are incorporated herein by reference. Unless any Borrower exercises the right to cancel, Lender agrees to pay the Amount Financed to Merchant for an In-Home Sale upon receipt of a proper, completed and signed Certificate of Completion or other completion form, (v) either Borrower may direct Lender to make payments to Merchant by using a Purchasing Card (if provided by Lender), and (vi) neither Borrower is a co-signer. A Certificate of Completion is required unless Borrower directs Lender to make payments to Merchant by using a Shopping Pass or Purchasing Card.

Notice to Consumer: 1. THIS IS A CONSUMER CREDIT TRANSACTION. 2. DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT (INCLUDING ANY WRITING ON THE REVERSE SIDE) EVEN IF OTHERWISE ADVISED OR IF IT CONTAINS ANY BLANK SPACES. 3. YOU ARE ENTITLED TO RECEIVE A COMPLETELY FILLED IN EXACT COPY OF THIS AGREEMENT. 4. YOU MAY PREPAY THE UNPAID BALANCE UNDER THIS AGREEMENT AT ANY TIME WITHOUT PENALTY AND MAY BE ENTITLED TO RECEIVE A REFUND OF UNEARNED CHARGES IN ACCORDANCE WITH LAW. 5. THIS AGREEMENT CONTAINS AN ARBITRATION PROVISION THAT, UNLESS YOU REJECT IT, MAY LIMIT YOUR RIGHT TO LITIGATE A CLAIM IN COURT OR HAVE A JURY TRIAL ON A CLAIM. 6. THE FIRST USE OF THE SHOPPING PASS, PURCHASING CARD, OR THE ASSOCIATED INSTALLMENT LOAN TO MAKE A PURCHASE WILL CONSTITUTE ACCEPTANCE BY (ALL) BORROWER(S) OF THE TERMS OF THE ACCOMPANYING INSTALLMENT LOAN AGREEMENT. THE DATED PHYSICAL OR ELECTRONIC RECORD OF SUCH USE WILL EVIDENCE THE SIGNATURE OF (ALL) BORROWER(S) ON THIS AGREEMENT. (Application ID: 1507011550)

CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT. NON-NEGOTIABLE CONSUMER NOTE.

Borrower: Sign Here: _____ Date: _____

Borrower: Sign Here: _____ Date: _____

LENDER: /s/ Union Bank and Trust, Richmond, VA     Date: 07/01/2015

IN-HOME SALE CUSTOMERS: ARIZONA, CONNECTICUT, NORTH DAKOTA AND RHODE ISLAND RESIDENTS: THIS INSTRUMENT IS BASED UPON A HOME/PERSONAL SOLICITATION SALE SUBJECT TO THE PROVISIONS OF TITLE 44, CHAPTER 15 OF THE ARIZONA REVISED STATUTES IN ARIZONA, THE HOME SOLICITATION SALES ACT IN CONNECTICUT, AND THE NORTH DAKOTA CENTURY CODE IN NORTH DAKOTA. THIS INSTRUMENT IS NOT NEGOTIABLE.

For your convenience, we may provide you with certain materials in both the Spanish and English languages. You agree that, to the greatest extent not prohibited by law, the English text will control.

**TERMS AND CONDITIONS CONTINUE ON NEXT PAGE**

©2014 GreenSky Trade Credit, LLC. All rights reserved. Rev. 10/14

1. **Installment Loan Program.** You may make purchases of goods or services from Merchant, in total up to the "Amount Financed" set forth on the first page of this Agreement, during the purchasing window time period specified on your Shopping Pass, which is incorporated here by reference. You agree that each time you make a purchase of goods or services from Merchant, you are authorizing us to extend credit to you and to pay Merchant directly on your behalf. At the end of the purchasing window, you will no longer be permitted to make new purchases. You agree not to make purchases in excess of the Amount Financed shown above, but if you do, you agree that we may, in our sole discretion, increase the Amount Financed to include such excess amount in a final Truth In Lending Disclosure that reflects such increased Amount Financed and resulting increased Finance Charge and Total of Payments. The dated electronic record of such excess purchase(s) will evidence your acceptance of any such increased terms. We will total the purchases you made during the purchasing window and provide you with an updated (final) Truth in Lending Disclosure that will show (based on actual total purchases) the final Amount Financed, Finance Charge, Total of Payments and remaining payment schedule for your Installment Loan. Unless required to make minimum payments during your purchasing window, you will be obligated to begin making payments in the amounts and on the dates shown on your updated Truth in Lending Disclosure, although you may make greater payments at any time without penalty. You agree that, except for the updated amounts, if any, shown on your updated Truth in Lending Disclosure, including any adjustments in scheduled payments to reflect your final Amount Financed and Finance Charges due, all other terms and disclosures of this Agreement will remain in full force and effect.

2. **Promise to Pay.** For value received, you agree to pay us (a) the full Amount Financed shown on the front page of this Agreement, as the same may be adjusted in accordance with this Agreement, which is called the "principal balance," plus (b) interest at a non-promotional annual rate of 17.99 % on the unpaid principal balance outstanding at the opening of the account and, thereafter, the beginning of the month until the loan is paid (using a monthly rate), plus (c) any applicable taxes or charges. The actual amount of interest that you pay may exceed the Finance Charge disclosed in the Truth in Lending Disclosure if you make payments later than their scheduled dates or in less than the scheduled amount. If you do not make required payments during the Promotional Period, then, (i) any promotional rate may expire, (ii) interest may thereafter accrue and be charged to you at the non-promotional rate above, (iii) your purchasing window may close, and (iv) no new purchases may be permitted.

3. **Timing and Application of Payments.** You agree to make payments in accordance with the payment schedule contained in the Truth in Lending Disclosure on the preceding page (or any updated disclosure). Once the initial payment due date is set, the payment due date will be the same day each month. Subject to applicable law, we may apply payments to the amounts you owe under this Agreement in any order we choose. You may not tell us how to apply payments.

4. **Payment Method and Address.** Unless automatic payments are authorized in connection with this loan, you will make payments by mailing a check or money order to P.O. Box 933614, Atlanta, GA 31193-3614, by making a phone payment by dialing 1-855-809-1889 or Internet payment at www.greenskycredit.com (click "Make a Payment"). You agree not to send us partial payments marked "paid in full," "without recourse," or similar language. If you send such a payment, we may accept it without losing any of our rights under this Agreement. All written communications concerning disputed amounts, including any check or other payment instrument that (i) is postdated and accompanied by adequate notice, (ii) indicates that the payment constitutes "payment in full" of the amount owed, (iii) is tendered with other conditions or limitations or (iv) is otherwise tendered as full satisfaction of a disputed amount, must be marked for special handling and mailed or delivered to us at 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329, Attention: Disputes.

5. **Final Payment, Late Charge and Returned Check Charge.** A loan which has unpaid principal, interest, late charges, returned payment charges or any other fees or charges at the end of the term will not be regarded as "paid in full."

6. **Card.** We will provide you with a Shopping Pass and/or Purchasing Card which you may use to make purchases of goods or services from Merchant for a limited time. Use of your Pass, Card or Loan to make a purchase constitutes your acceptance of the terms of this Agreement. You agree to notify us immediately if your card is lost, stolen or otherwise compromised.

7. **Returned Payment Charge.** Subject to applicable law, we may charge you a Return Payment Charge as provided herein. If your lender is located in Connecticut, Illinois, Georgia, Nebraska, New Jersey, New York, or Virginia, and your payment is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $20. If your lender is located in Iowa and your payment by check is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $20. If your lender is located in Alabama and your payment is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $15. If your lender is located in Kansas, there is no Returned Payment Charge. In all cases, we may charge this fee the first time any payment is returned even if it is paid upon resubmission.

8. **Late Charge.** If payment is more than 10 days late, you will be charged the lesser of $39 ($15 in Iowa) or 5% of the payment amount past due.

9. **Default.** Subject to applicable law, you will be in default if any of the following events occur: (i) You have made any false or misleading statement(s) in your application for the loan subject to this Agreement or any other loan that you may have with us; (ii) you fail to make a payment when it is due under this Agreement or any other loan agreement that you may have with us; (iii) you fail to comply fully with any term or condition of this Agreement or any other loan agreement that you may have with us; (iv) you file or someone else files against you a petition in bankruptcy; or (v) you die.

10. **Remedies on Default.** If you are in default, we will have all of the rights and remedies available to us at law or in equity, in addition to the specific rights and remedies set forth in this Agreement. We may exercise any, some or all of our rights and remedies, in our sole discretion. If you are in default, we may, at our option, require you to pay immediately the entire amount you owe us under this Agreement, in full. Subject to the requirements of applicable law, we may do this without giving you any advance notice of presentment, acceleration, or our intent to accelerate. Unless prohibited by applicable law, you agree to pay our reasonable costs and attorneys' fees related to the collection of your loan.

11. **Credit Inquiries and Loan Information.** You authorize us to obtain a credit report on you for any legal purpose in connection with this loan, including any update, extension of credit, review, or collection of this loan. If you request, we will tell you whether any credit report was requested, and if so, the name and address of the credit bureau furnishing the report.

12. **Inaccurate Information.** If you believe that we have information about you that is inaccurate or that we have reported or may report inaccurate information about you to a credit bureau, please notify us of the specific information that you believe is inaccurate by writing to us at 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329, Attention: Disputes. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please send a copy of that report to us as well.

13. **Negative Information Reporting.** Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

14. **Severability.** If applicable law is finally interpreted so that charges collected or to be collected in connection with this Agreement exceed the permitted limits, then (i) any such charges will be reduced to the permitted amounts and (ii) any amounts already collected that exceed the permitted amounts will be credited to you by, at our option, applying the credit to any amounts due hereunder or making a direct payment to you. If any provision in this Agreement is invalid under applicable law, the remainder of the provisions in this Agreement will remain in effect.

15. **Assignment.** This Agreement may be sold at our discretion.

16. **Governing Law.** This Agreement, including the rate of interest and fees, is governed by applicable federal law and, to the extent not preempted by federal law, the laws of the State where the Lender is located as shown on the front of this document (without regard to the State's conflicts of law provisions). If Lender is located in Kansas, the Kansas Consumer Credit Code (Kan. Stat. Ann. §§ 16a-1-101, et seq.) governs this Agreement.

17. **Joint and Several Liability.** Each Borrower signing this Agreement will be liable individually and together for all obligations under this Agreement, including payment to us of the entire amount owed under this Agreement.

18. **No Waiver by Us.** We will not be deemed to have waived any of our rights by delaying the enforcement of any of our rights. If we waive any of our rights in writing on one occasion, that waiver does not constitute a waiver by us of our rights on any future occasion.

19. **Telephone Monitoring and Recording.** You agree that we may monitor and/or record phone calls to ensure that you receive quality service and for training purposes.

20. **Communicating With You; Consent to Contact by Electronic and Other Means.** You agree that we may contact you as provided in this paragraph. We may contact you for any lawful reason, including for the collection of amounts owed to us. No such contact will be deemed unsolicited. You consent to us (and any other owner or servicer of your account) contacting you about your account. We may contact you at such addresses or numbers (including wireless cellular telephone numbers, ported landline numbers, VOIP or other services) as you may provide to us from time to time. We may use any means of communication, including, but not limited to, postal mail, electronic mail, telephone or other technology, to reach you. You agree that we may use automatic dialing and announcing devices which may play recorded messages. We may also send text messages to your telephone. You may contact us at any time to ask that we not contact you using any one or more methods or technologies.

21. **Notices; Change of Address, Employment or Telephone Number.** We will send all written notices and statements to your address as it appears on our records. To avoid delays and missed payments that could affect your credit standing, you agree to advise us promptly if you change your mailing address, place of employment, telephone number or other contact information, including, but not limited to, porting a landline telephone number to a cellular phone, VoIP or other services. You represent and agree that for purposes of imposing fees and charges, you are deemed to reside at the mailing address that we have on record for you.

22. **Entire Agreement.** This Agreement constitutes the final written expression of the credit agreement between you and us relating to your Loan. We are not bound by any oral representations made or implied that are not directly reflected in this Agreement. A credit agreement must be in writing to be enforceable. Oral agreements or commitments to loan money, extend credit, or forbear from enforcing repayment of a debt, including promises to extend or renew such debt, are not enforceable. To protect you and us from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.

23. **NOTICES:** ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**Notice to California Residents** (AVISO PARA LOS QUE RESIDEN EN CALIFORNIA): SI SU PRESTAMO FUE NEGOCIADO PRIMERAMENTE EN ESPAÑOL, ESTAMOS OBLIGADOS A PRESENTARLE UNA TRADUCCIÓN EN ESPAÑOL DE LAS DISPOSICIONES REQUERIDAS POR LA REGULACIÓN FEDERAL Z, 12 C.F.R. APARTADO 1026.

**Notice to Iowa Residents:** IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. BORROWER MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.

**Notice to NH Residents:** This Agreement provides for reasonable attorneys' fees to be awarded to us in an action against you involving this Agreement. Reasonable attorneys' fees will be awarded to you if you prevail in any action, suit or proceeding brought by us; or an action brought by you. If you successfully assert

TERMS AND CONDITIONS CONTINUE ON NEXT PAGE

a partial defense or set-off, recoupment or counterclaim to an action brought by us the court may withhold from us the entire amount or such portion of the attorneys' fees as the court considers equitable.

**Notice to New Jersey Residents:** Because certain provisions of this Agreement are subject to applicable laws, they may be void, unenforceable or inapplicable in some jurisdictions. None of these provisions, however, is void, unenforceable or inapplicable in New Jersey.

**Notice to Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**Notice to Vermont Residents:** Lender is engaged in loan production. EACH BORROWER SHOULD RETAIN A COPY FOR THEIR RECORDS.

## 24. ARBITRATION PROVISION

**Agreement to Arbitrate Disputes:** This Arbitration Provision sets forth the circumstances and procedures under which Claims (defined below) that arise between you and us will be resolved through binding arbitration. THIS MEANS THAT, UNLESS YOU OPT OUT OF THIS ARBITRATION PROVISION (AS PROVIDED BELOW) NEITHER YOU NOR WE WILL HAVE THE RIGHT TO LITIGATE A CLAIM IN COURT OR HAVE A JURY TRIAL ON A CLAIM. OTHER RIGHTS THAT YOU WOULD HAVE IN COURT ALSO MAY NOT BE AVAILABLE OR MAY BE LIMITED IN ARBITRATION, INCLUDING YOUR RIGHT TO APPEAL AND YOUR ABILITY TO PARTICIPATE IN A CLASS ACTION. Nothing in this provision precludes you from filing and pursuing your individual Claim in a small claims court in your state or municipality, so long as that claim is pending only in that court.

**Definitions:** As used in this Arbitration Provision, the term "Claim" means and includes any claim, dispute or controversy of every kind and nature, whether based in law or equity, between you and us arising from or relating to your GreenSky® Installment Loan Agreement as well as the relationship resulting from such Agreement ("the Agreement"), including the validity, enforceability or scope of this Arbitration Provision or the Agreement. "Claim" also includes claims by or against any third party providing any product, service or benefit in connection with the Agreement (including, but not limited to, debt collectors and all of their agents, employees, directors and representatives) if and only if, such third party is named as a co-party with you or us (or files a Claim with or against you or us) in connection with a claim asserted by you or us against the other. As used in this Arbitration Provision, "you" and "us" also includes any corporate parent, wholly or majority owned subsidiaries, affiliates, any licensees, predecessors, successors, assigns and purchasers of any accounts, all agents, employees, directors and representatives of any of the foregoing and any third party providing any product, service or benefit in connection with the Agreement.

**Initiation of Arbitration Proceeding / Selection of Administrator:** Any Claim will be resolved, upon the election by you or us, by arbitration pursuant to this Arbitration Provision and the code of procedures of the national arbitration organization to which the Claim is referred in effect at the time the Claim is filed (the "Code"), except to the extent the Code conflicts with the Agreement. Claims must be referred to either JAMS or The American Arbitration Association ("AAA"), as selected by the party electing to use arbitration. If a selection by us of either of these organizations is unacceptable to you, you will have the right within 30 days after you receive notice of our election to select the other organization listed to serve as arbitration administrator. For a copy of the procedures, to file a Claim or for other information about these organizations, contact (1) JAMS at 1920 Main Street, Suite 300, Irvine, CA 92614; www.jamsadr.com or (2) AAA at 335 Madison Avenue, New York, NY 10017, www.adr.org. In addition to the arbitration organizations listed above, Claims may be referred to any other arbitration organization that is mutually agreed upon in writing by you and us, or to an arbitration organization or arbitrator(s) appointed pursuant to Section 5 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16, provided that any such arbitration organization and arbitrator(s) will enforce the terms of the restrictions set forth below.

**Class Action Waiver and Other Restrictions:** Arbitration will proceed solely on an individual basis without the right for any Claims to be arbitrated on a class action basis or on bases involving claims brought in a purported representative capacity on behalf of others. The arbitrator's authority to resolve and make written awards is limited to Claims between you and us alone. Claims may not be joined or consolidated unless agreed to in writing by all parties. No arbitration award or decision will have a preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration. Notwithstanding any other provision in these terms and conditions and without waiving either party's right of appeal, if any portion of this "Class Action Waiver and Other Restrictions" provision is deemed invalid or unenforceable, then the entire Arbitration Provision (other than this sentence) will not apply.

**Arbitration Procedures:** This Arbitration Provision is made pursuant to a transaction involving interstate commerce, and will be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16, as it may be amended ("FAA"), and the applicable Code. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations and will honor claims of privilege recognized by law. Federal or state rules of civil procedure or evidence will not apply. Written requests to expand the scope of discovery rest within the arbitrator's sole discretion and will be determined pursuant to the applicable Code. The arbitrator will take reasonable steps to preserve the privacy of individual, and of business matters. Judgment upon the written arbitral award may be entered in any court having jurisdiction. Subject to the right of appeal under the FAA, the arbitrator's written decision will be final and binding unless you or we take an appeal from the award by making a dated, written request to the arbitration organization within 30 days from the date of entry of the written arbitral award. A three-arbitrator panel administered by the same arbitration organization will consider anew any aspect of the award objected to by the appellant, conduct an arbitration pursuant to its Code and issue its decision within 120 days of the date of the appellant's written notice. The panel's majority vote decision will be final and binding.

**Location of Arbitration / Payment of Fees:** The arbitration will take place in the federal judicial district where you live. Regardless of who wins in arbitration, you will only be responsible for paying your share, if any, of the arbitration fees required by the applicable Code, which amount will not exceed the filing fees that you would have incurred if the Claim had been brought in the appropriate state or federal court closest to where you live. We will pay the remainder of any arbitration fees. At your written request, we will consider in good faith making a temporary advance of all or part of your share of the arbitration fees. Waivers also may be available from the JAMS or AAA.

**Continuation:** This Arbitration provision will survive termination of the Agreement, as well as voluntary payment in full of your account, any debt collection proceeding by or between you and us, and any bankruptcy by you or us. If any portion of this Arbitration Provision, except the "Class Action Waiver and Other Restrictions" provision above, is deemed invalid or unenforceable for any reason, it will not invalidate the remaining portions of this Arbitration Provision or the Agreement, each of which will be enforceable regardless of such invalidity.

**Opt-Out Process:** You may choose to opt out of and not be subject to this Arbitration Provision by following the process set forth below. If you do not wish to be subject to this Arbitration Provision, then you must notify us in writing within forty-five (45) calendar days of the date of the Agreement at the following address: 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329, Attention: Opt Out. Your written notice must include your name, address, social security number, the date of the Agreement, and a statement that you wish to opt out of this Arbitration Provision. Your notice to opt out will only apply to this particular Agreement with us and not to subsequent or previous agreements.

© 2014 GreenSky Trade Credit, LLC. All rights reserved. Rev. 10/14



| FACTS | WHAT DOES UNION BANK & TRUST DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>■ Social Security number and income<br>■ account balances and transaction history (with us, our affiliates, or others)<br>■ credit history and payment history |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Union Bank & Trust chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Union Bank & Trust share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes – information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | No | We don't share |

| To limit our sharing | ■ Call toll free 1-800-990-4828 – our menu will prompt you through your choice(s) or<br>■ Visit us online: http://www.bankatunion.com/home/support/disclosures/privacy<br><br>Please note:<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call toll free 1-800-990-4828 |

rev 2/2015

| Page 2 | |
|---|---|
| **Who we are** | |
| Who is providing this notice? | This notice is being provided by Union Bank & Trust, a subsidiary of Union Bankshares Corporation. |
| **What we do** | |
| How does Union Bank & Trust protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| | Our employees are bound by our Code of Business Conduct and Ethics and policies when accessing your personal information. |
| How does Union Bank & Trust collect my personal information? | We collect your personal information, for example, when you<br>■ open an account or deposit money<br>■ apply for a loan or pay your bills<br>■ use your credit or debit card |
| | We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>■ sharing for affiliates' everyday business purposes – information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to market to you |
| | State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law*. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |
| **Definitions** | |
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. |
| | ■ Union Bank & Trust is in the Union Bankshares Corporation corporate family. Our affiliates include other members of the Union Bankshares Corporation corporate family, including mortgage companies Union Mortgage Group, Inc. and Johnson Mortgage Company, L.L.C., Union Investment Services, Inc., an investment affiliate, and Union Insurance Group, LLC, an insurance company. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| | Nonaffiliates we share with can include government entities, credit<br>■ bureaus, software developers, service providers, companies that provide marketing services on our behalf, and consulting firms. |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |
| | Our joint marketing partners include other financial organizations<br>■ such as financial product or service companies that may provide products or services not offered by us. |
| **Other important information** | |

* You may have other privacy protections under some state laws. We will comply with all applicable state laws as to information about you, including medical information.

UNION BANK AND TRUST

Your Credit Score and the Price You Pay for Credit

| Your Credit Score | |
|---|---|
| Your credit score: | 772 |
| | Source: Experian          Date: 07/01/2015 |

| Understanding Your Credit Score | |
|---|---|
| What you should know about credit scores: | Your credit score is a number that reflects the information in your credit report. Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay. |
| The range of scores: | Scores range from a low of 300 to a high of 850. Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers: | Your credit score ranks higher than 67.0 % of U.S. consumers. |

44659                                                       Borrower: JASON TERLIZZI

| Checking Your Credit Report | |
|---|---|
| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report—<br><br>*By telephone:* Call toll-free: 1-877-322-8228<br><br>*On the web:* Visit www.annualcreditreport.com<br><br>*By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |