**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01712

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**ALTITUDE MARKETING, INC.**, and **GREENSKY, LLC**,

    Defendants.

---

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT GREENSKY'S MOTION TO DISMISS AND FILE EXCESS PAGES**

---

Plaintiffs Jason Terlizzi and Rebecca Terlizzi ("Plaintiffs"), by and through their undersigned counsel, and pursuant to Local Rule 6.1 and this Court's Practice Standards Rule II.D.2, hereby respectfully move the Court to enter an Order (i) allowing Plaintiffs to file a combined opposition to Defendants Altitude Marketing, Inc.'s ("Altitude") and GreenSky, LLC's ("GreenSky") (collectively, "Defendants") separate motions to dismiss no later than September 27, 2016; (ii) allowing Plaintiffs to file their combined opposition in excess of the Court's 15-page limit on responsive briefs, and (iii) allowing Defendants to file their replies in excess of the Court's 10-page limit on reply briefs. In support of the instant motion, Plaintiffs state as follows:

    1.    After the parties stipulated to an extension of time to answer or respond, GreenSky filed its Motion to Dismiss, or the Alternative, to Compel Arbitration and Stay Proceedings on August 24, 2016. (ECF Nos. 5, 13.)

2. After the Court granted the parties' agreed motion for extension of time to answer or respond (ECF No. 8), Altitude filed its Motion to Dismiss the Complaint on September 6, 2016. (Dkt. 23.)

3. Pursuant to Local Rule 7.1(c), Plaintiffs' current deadline to respond to GreenSky's motion is September 14, 2016, and their current deadline to respond to Altitude's motion is September 27, 2016.

4. With a few caveats, GreenSky's and Altitude's motions to dismiss present substantially similar arguments for dismissal of Plaintiffs' complaint in favor of arbitration. In the interests of judicial efficiency and expediency, Plaintiffs believe it is most appropriate to file a single opposition in response to both of Defendants' motions.

5. In accordance with Your Honor's Practice Standards, Plaintiffs are entitled to a fifteen (15) page limit for each responsive brief, or a total of thirty (30) pages if written separately. (*See* Practice Standards, Rule III.C.3.) While Plaintiffs seek to keep their single opposition within the fifteen (15) page limit, they likely could require more pages given the complexity of the issues presented (e.g., whether this Court has jurisdiction to determine the validity of an arbitration agreement, the validity of the arbitration agreement itself, a choice of law analysis, and additional arguments pertaining to whether Plaintiffs sufficiently pleaded their claims), as well as the fact that Plaintiffs will be responding to two motions instead of one.

6. Similarly, and in an effort to avoid additional motion practice upon receipt of Plaintiffs' opposition, Defendants have expressed a potential need to file replies in excess of the Court's ten (10) page limit.

7.      In light of the above, Plaintiffs' counsel have conferred with counsel for Defendants, and the Parties have agreed to request that the Court enter an Order allowing (i) Plaintiffs to file a combined opposition to both Defendants' motions on September 27, 2016 (i.e., extending Plaintiffs' deadline to oppose GreenSky's motion to their deadline to respond to Altitude's motion), (ii) Plaintiffs up to twenty-two (22) pages for their opposition, and (iii) Defendants up to thirteen (13) pages for their replies.

8.      Plaintiffs have not previously moved for an extension of this deadline, and the Parties have not previously requested excess pages.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order (i) granting the instant motion, (ii) allowing Plaintiffs to file a combined opposition to Defendant's motions and thus extending Plaintiffs' deadline to respond to GreenSky's motion to dismiss to September 27, 2016, (iii) allowing Plaintiffs to file their combined response to Defendants' motions of up to twenty-two (22) pages; (iv) allowing Defendants to file replies in support of their motions of up to thirteen (13) pages; and (v) awarding such other and further relief as the Court deems reasonable and just.

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

Dated: September 11, 2016      By: /s/ Courtney C. Booth_____
      One of Plaintiffs' Attorneys

Benjamin H. Richman
Courtney C. Booth
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

brichman@edelson.com
cbooth@edelson.com

Rafey S. Balabanian
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435
rbalabanian@edelson.com

**CERTIFICATE OF SERVICE**

  I, Courtney C. Booth, an attorney, hereby certify that on September 11, 2016, I served the above and foregoing *Unopposed Motion to Extend Time to Respond to Defendant GreenSky's Motion to Dismiss and File Excess Pages* by causing a true and accurate copy of such paper to be filed with the Clerk of the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system. I further certify that, in accordance with Local Rule 6.1, I caused this motion to be served on Plaintiffs via email on September 11, 2016.

              /s/ Courtney C. Booth