IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01712-WJM-MJW

JASON TERLIZZI, individually and on behalf of all others similarly situated, and
REBECCA TERLIZZI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ALTITUDE MARKETING, INC., d/b/a 1 800 Solar USA, a Colorado corporation, and
GREENSKY, LLC, a Georgia limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant Altitude Marketing, Inc.'s Unopposed Motion to Continue Scheduling Conference and Related Deadlines (Docket No. 29) is GRANTED. The Scheduling Conference set on September 22, 2016 at 9:00 a.m. is VACATED and RESET on September 29, 2016 at 10:00 a.m. It is further ORDERED that the proposed Scheduling Order shall be filed on or before September 22, 2016.

Date: September 13, 2016