# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 1:16-cv-01712-WJM-MJW

JASON TERLIZZI and REBECCA
TERLIZZI, individually and on behalf of all
others similarly situated,

        Plaintiffs,

v.

ALTITUDE MARKETING, INC., and
GREENSKY, LLC,

        Defendants.

## DEFENDANT GREENSKY LLC'S UNOPPOSED MOTION FOR LEAVE FOR TELEPHONIC PARTICIPATION IN SEPTEMBER 29, 2016 SCHEDULING CONFERENCE

Defendant, GreenSky LLC ("GreenSky"), by counsel, files its unopposed motion for leave to participate telephonically as follows:

1. The scheduling conference in this case has been set for September 29, 2016, at 10 a.m.

2. GreenSky's counsel is located in Atlanta, Georgia, and requests leave to participate in the scheduling conference by telephone in order to avoid the considerable time and expense of travelling to Colorado for the scheduling conference.

3. GreenSky's counsel has conferred with counsel for all parties concerning scheduling and the status of the case in general and will be prepared to participate fully in the scheduling conference.

4. GreenSky conferred with the other parties regarding the relief requested herein and the other parties have no objection to GreenSky's telephonic appearance.

WHEREFORE, GreenSky requests that its motion be granted.

Respectfully submitted this 15th day of September, 2016.

By: /s/ *J. Anthony Love*
Barry Goheen
J. Anthony Love
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5139
bgoheen@kslaw.com
tlove@kslaw.com

Attorneys for Greensky, LLC, f/k/a GreenSky Trade Credit, LLC

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing DEFENDANT GREENSKY LLC'S UNOPPOSED MOTION FOR LEAVE FOR TELEPHONIC PARTICIPATION IN SEPTEMBER 29, 2016 SCHEDULING CONFERENCE with the Clerk of the Court using the ECF system, and to send a copy by regular mail to the following:

Courtney Christine Booth
Benjamin Harris Richman
Edelson, PC-Chicago
350 North LaSalle Street
Suite 1300
Chicago, IL 60654-7582

Andrew Wilson Myers
Husch Blackwell LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 4700
Denver, CO 80203

Joel S. Neckers
Wheeler Trigg O'Donnell, LLP
370 17th Street
Suite 4500
Denver, CO 80202-5647

Dated: September 15, 2016

                                                      */s/ J. Anthony Love*
                                                     J. Anthony Love