# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01712

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**ALTITUDE MARKETING, INC**., and **GREENSKY, LLC**,

    Defendants.

---

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANTS' MOTIONS TO DISMISS**

---

Plaintiffs Jason Terlizzi and Rebecca Terlizzi ("Plaintiffs"), by and through their undersigned counsel, and pursuant to Local Rule 6.1 and this Court's Practice Standards Rule II.D.2, hereby respectfully move the Court to enter an Order extending Plaintiffs' deadline to file a combined opposition to Defendants Altitude Marketing, Inc.'s ("Altitude") and GreenSky, LLC's ("GreenSky") (collectively, "Defendants") motions to dismiss to October 4, 2016. In support of the instant motion, Plaintiffs state as follows:

    1.    GreenSky filed its Motion to Dismiss, or the Alternative, to Compel Arbitration and Stay Proceedings on August 24, 2016. (ECF No. 13.) Altitude filed its Motion to Dismiss the Complaint on September 6, 2016. (ECF No. 23.)

    2.    Upon a showing of good cause, the Court previously granted an unopposed motion for an extension of time for Plaintiffs to respond to GreenSky's

motion to dismiss so that Plaintiffs could file a combined opposition to both Defendants' motions by no later than September 27, 2016. (ECF No. 28.)

3. Due to an unforeseen family emergency, counsel for Plaintiffs require a brief one (1) week extension of their deadline to oppose Defendants' motions to dismiss, such that their new deadline is October 4, 2016.

4. Plaintiffs' counsel has conferred with counsel for Defendants regarding the extension and is authorized to state that they have no objection.

5. Plaintiffs have moved once for an extension of their deadline to oppose GreenSky's motion to dismiss in order to more efficiently file a single combined response to both Defendants' motions. Plaintiffs have not previously moved for an extension of their combined opposition deadline.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order (i) granting the instant motion, (ii) extending Plaintiffs' deadline to respond to Defendants' motions to dismiss from September 27, 2016 to October 4, 2016, and (iii) awarding such other and further relief as the Court deems reasonable and just.

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

Dated: September 20, 2016

By: /s/ Courtney C. Booth
        One of Plaintiffs' Attorneys

Benjamin H. Richman
Courtney C. Booth
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

brichman@edelson.com
cbooth@edelson.com

Rafey S. Balabanian
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435
rbalabanian@edelson.com

3

## CERTIFICATE OF SERVICE

  I, Courtney C. Booth, an attorney, hereby certify that on September 20, 2016, I served the above and foregoing *Unopposed Motion to Extend Time to Respond to Defendants' Motions to Dismiss* by causing a true and accurate copy of such paper to be filed with the Clerk of the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system. I further certify that, in accordance with Local Rule 6.1, I caused this motion to be served on Plaintiffs via email on September 20, 2016.

              /s/ Courtney C. Booth