IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01712-WJM-STV

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated

    Plaintiffs,

v.

**ALTITUDE MARKETING, INC.,** d/b/a 1 800 Solar USA, a Colorado corporation, and **GREENSKY, LLC**, a Georgia limited liability company,

    Defendants.

## UNOPPOSED MOTION TO AMEND ORDER ON BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS IN FAVOR OF ARBITRATION

Defendants, Altitude Marketing, Inc. ("Altitude") and GreenSky, LLC ("GreenSky") respectfully request the Court to amend its September 12, 2016 Order Granting Plaintiffs' Unopposed Motion to Extend Time to Respond Defendant GreenSky's Motion to Dismiss and File Excess Pages (ECF No. 28) to permit each of the Defendants to file a separate 13-page reply brief in support of their respective motions to dismiss rather than a combined reply. The grounds for this Motion are as follows.

1.    Defendants have conferred with Plaintiffs concerning the relief requested. Plaintiffs do not oppose Defendants' request that they each be permitted to file 13-page reply briefs rather than file a combined reply.

2.    Altitude and GreenSky each filed motions to dismiss the Plaintiffs' Class Action Complaint and Demand for Jury Trial (the "Complaint"). Both motions argue that the Complaint should be dismissed in favor of arbitration. But both Defendants also

made separate and distinct arguments not asserted by the other Defendant. (*Compare* ECF No. 13, *with* ECF No. 23.)

3.  On September 11, 2016, Plaintiffs sought leave to file a combined response to the Defendants' motions and to exceed the page limit for that response. Defendants did not oppose that request. That same motion sought leave for the Defendants to <u>each</u> file a separate 13-page reply brief in support of their respective motions to dismiss. (ECF No. 26 ¶ 7 ("[T]he parties have agreed to request that the Court enter an Order allowing . . . Defendants up to thirteen (13) pages for their replies.").)

4.  The Court granted the motion, but in doing so appears to have ordered that the Defendants submit a <u>combined</u> reply brief not to exceed 13 pages. (*See* ECF No. 28.)

5.  Defendants request that the Court amend its Order to allow Defendants to file separate reply briefs of up to 13 pages. The requested amendment will allow each Defendant to separately address the distinct arguments each made to dismiss Plaintiffs' Complaint.

6.  No party will be prejudiced by this request. Rather, granting this request will give effect to the prior agreement of the parties.

7.  A proposed Order granting this Motion is attached for the Court's convenience.

WHEREFORE, Defendants Altitude Marketing, Inc. and GreenSky, LLC respectfully request the Court to amend its September 12, 2016 Order to permit each Defendant to file a reply brief not to exceed 13 pages.

Dated: October 6, 2016            Respectfully submitted,

s/ *Joel Neckers*
Joel Neckers
Andrew W. Myers
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:   neckers@wtotrial.com
         awmyers@wtotrial.com

*Attorneys for Defendant Altitude Marketing, Inc.*

s/ *J. Anthony Love*
Barry Goheen
J. Anthony Love
King & Spalding, LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone:  404.215.5913
Email:   bgoheen@kslaw.com
         tlove@kslaw.com

*Attorneys for Defendant GreenSky, LLC*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 6, 2016. Any other counsel of record will be served by First Class U.S. mail on this same date.

/s/ Claudia Jones