**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01712-WJM-STV

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated

       Plaintiffs,

v.

**ALTITUDE MARKETING, INC.,** d/b/a 1 800 Solar USA, a Colorado corporation, and **GREENSKY, LLC**, a Georgia limited liability company,

       Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND ORDER ON BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS IN FAVOR OF ARBITRATION**

---

Upon consideration of Defendants' Unopposed Motion to Amend Order on Briefing of Defendants' Motions to Dismiss in Favor of Arbitration,

It is hereby ORDERED that the Motion is granted. Each Defendant shall be permitted to separately file a reply brief in support of their respective motions to dismiss not to exceed 13 pages.

Dated: _____

                                           _____
                                           Hon. William J. Martinez
                                           United States District Judge