IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01712-WJM-STV

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**ALTITUDE MARKETING, INC**., and
**GREENSKY, LLC**,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION
TO AMEND THE SCHEDULING ORDER**

---

The Court, having considered Plaintiffs' Unopposed Motion to Amend the Scheduling Order (the "Motion") [#52], being duly advised, and good cause having been shown, hereby ORDERS as follows:

    1.    Plaintiffs' Unopposed Motion is GRANTED;

    2.    Plaintiffs' deadline to disclose a class certification expert witness is extended to March 6, 2017;

    3.    Defendants' deadline to disclose their class certification rebuttal expert witnesses is extended to April 6, 2017;

    4.    The Parties' deadline to complete discovery related to Plaintiffs and the Putative Class is extended to May 1, 2017; and

2

5. Plaintiffs' deadline to file a motion for class certification and the Parties' deadline to file dispositive motions is extended to May 29, 2017.

**IT IS SO ORDERED.**

DATED: November 22, 2016          BY THE COURT:

                                               s/Scott T. Varholak
                                           United States Magistrate Judge