IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01712-WJM-STV

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated

      Plaintiffs,

v.

**ALTITUDE MARKETING, INC.,** d/b/a 1 800 Solar USA, a Colorado corporation, and **GREENSKY, LLC**, a Georgia limited liability company,

      Defendants.

---

**JOEL NECKERS' AND ANDREW MYERS' UNOPPOSED MOTION TO WITHDRAW ON BEHALF OF ALTITUDE MARKETING, INC. D/B/A 1 800 SOLAR USA**

---

1. Joel S. Neckers and Andrew W. Myers of Wheeler Trigg O'Donnell, LLP ("WTO") have represented Altitude in this case since August 2016.

2. The case is currently stayed and there are no future events pending that would cause difficulty for either party if counsel withdraws. (ECF No. 57.) Thus, Altitude will not be prejudiced by counsel's withdrawal at this time.

3. Further, at this time, Altitude may be unwilling or unable to follow WTO's legal advice and recommendations regarding the ongoing handling of this case. As such, Altitude and WTO have agreed that current circumstances are such that withdrawal is the appropriate course of action.

4. Altitude understands that as a corporation it may not appear without counsel and, therefore, must retain new counsel at the earliest possible opportunity. Altitude further

understands that if substitute counsel does not timely enter an appearance, the Court could enter default or sanctions as a result.

5.   WTO conferred with counsel for Plaintiff and counsel for GreenSky. No party opposes this motion.

6.   WTO will serve a copy of this motion and the Court's order on this motion on Altitude.

7.   Accordingly, for all the foregoing reasons, WTO respectfully requests that this Court enter an order permitting them to withdraw from representing Defendant in this matter and to remove them from future CM/ECF notifications for this matter.

Dated:  April 18, 2017                                         Respectfully submitted,

s/ *Joel S. Neckers*
Joel S. Neckers
Andrew W. Myers
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:   neckers@wtotrial.com
               awmyers@wtotrial.com

*Attorneys for Defendant Altitude Marketing, Inc., d/b/a 1 800 Solar USA*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 18, 2017. Any other counsel of record will be served by First Class U.S. mail on this same date.

*s/ Joel S. Neckers*