## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01712-WJM-STV

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated

      Plaintiffs,

v.

**ALTITUDE MARKETING, INC.,** d/b/a 1 800 Solar USA, a Colorado corporation, and **GREENSKY, LLC**, a Georgia limited liability company,

      Defendants.

---

### [PROPOSED] ORDER GRANTING JOEL NECKERS' AND ANDREW MYERS' UNOPPOSED MOTION TO WITHDRAW ON BEHALF OF ALTITUDE MARKETING, INC. D/B/A 1 800 SOLAR USA

---

THIS MATTER, coming before the Court on Joel Neckers' and Andrew Myers' Unopposed Motion to Withdraw on Behalf of Altitude Marketing, Inc. d/b/a 1 800 Solar USA, and the Court being fully advised in the premises,

HEREBY GRANTS the motion. Joel Neckers and Andrew Myers are no longer counsel of record for Altitude in this matter and will be removed from future CM/ECF notifications for this matter.

DONE this _____ day of _____, 2017.

                                          BY THE COURT:

                                          _____
                                          District Court Judge