

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 23 2017**

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01712-WJM-STV

JASON TERLIZZI and REBECCA TERLIZZI, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ALTITUDE MARKETING, INC., d/b/a 1 800 Solar USA, a Colorado corporation, and GREENSKY, LLC,

    Defendants.

---

### MINUTE ORDER

---

Magistrate Judge Scott T. Varholak

    The matter is **SET** for a Status Conference on **August 23, 2017 at 9:00 a.m.**, in Courtroom C-203, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    The Clerk of Court is directed to send a copy of this Minute Order to Altitude Marketing, Inc., at 8671 Wolff Ct Suite 300, Westminster, CO 80234 and at c/o Colorado Registered Agent, LLC, 1942 Broadway Street, Suite 314C, Boulder, Colorado 80302.

DATED: August 2, 2017          BY THE COURT:

                                                 s/Scott T. Varholak
                                                 United States Magistrate Judge

## Other Orders/Judgments

<u>1:16-cv-01712-WJM-STV Terlizzi et al v. Altitude Marketing, Inc et al</u> **CASE CLOSED on 02/13/2017**

JD1,MJ CIV
PP,NDISPO,STAYED,TERMED

### U.S. District Court

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 8/2/2017 at 2:44 PM MDT and filed on 8/2/2017
**Case Name:**       Terlizzi et al v. Altitude Marketing, Inc et al
**Case Number:**     <u>1:16-cv-01712-WJM-STV</u>
**Filer:**
**WARNING: CASE CLOSED on 02/13/2017**
**Document Number:** <u>66</u>

**Docket Text:**
**MINUTE ORDER by Magistrate Judge Scott T. Varholak on 8/2/17. Status Conference set for 8/23/2017 09:00 AM in Courtroom C203 before Magistrate Judge Scott T. Varholak. The Clerk of Court is directed to send a copy of this Minute Order to Altitude Marketing, Inc., at 8671 Wolff Ct Suite 300, Westminster, CO 80234 and at c/o Colorado Registered Agent, LLC, 1942 Broadway Street, Suite 314C, Boulder, Colorado 80302. (nmarb, )**


**1:16-cv-01712-WJM-STV Notice has been electronically mailed to:**

John Anthony Love     tlove@kslaw.com

Benjamin Harris Richman     brichman@edelson.com, docket@edelson.com

Barry Goheen     bgoheen@kslaw.com

Courtney Christine Booth (Terminated)     cbooth731@gmail.com

Sydney M. Janzen     sjanzen@edelson.com, docket@edelson.com

**1:16-cv-01712-WJM-STV Notice has been mailed by the filer to:**

Altitude Marketing, Inc

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/2/2017] [FileNumber=6102636-0]
[471afa3684907cc747e6e9ad3c1175c3c317a225a5f263914d5b2b488a7acb7f0600
aa2e713aa26b0b5896999dbcdff6f3af231d9aa93d3a58b12ed5394463c4]]