IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01712

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**ALTITUDE MARKETING, INC**., and **GREENSKY, LLC**,

    Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's September 25, 2017 Minute Entry (dkt. 73), Plaintiffs Jason Terlizzi and Rebecca Terlizzi ("Plaintiffs") and Defendant GreenSky, LLC ("GreenSky") (together, the "Parties")[1] hereby submit the following joint status report regarding proposed dates for class certification related deadlines:

    1.    On February 13, 2017, the Court entered an order to stay and administratively close the case in order for the Parties to discuss potential settlement. (Dkt. 57.) Since then, Plaintiffs and GreenSky have engaged in settlement discussions, but despite their efforts, were unable to reach a resolution. As such, the Parties jointly moved to reopen the case on September 26, 2017. (Dkt. 74.)

---

[1] The Court had previously ordered Defendant Altitude to obtain new counsel by June 2, 2017. (Dkt. 61.) Altitude is not included as a signatory to this joint status report because, to the best of Plaintiffs' and GreenSky's knowledge, Altitude has yet to obtain new counsel.

2.       Due to the stay in proceedings, Plaintiffs now request an amended schedule of case deadlines. In light of the Court's September 25, 2017 Minute Entry (dkt. 73), Plaintiffs propose the following dates for class certification related deadlines:

|  | Plaintiffs' Proposed Date |
|---|---|
| Deadline to Complete Discovery Related to Plaintiffs and the Putative Class | January 29, 2018 |
| Plaintiffs' Deadline to Disclose Class Certification Expert Witness | February 27, 2018 |
| Defendants' Deadline to Disclose Class Certification Rebuttal Expert Witness | March 30, 2018 |
| Plaintiffs' Deadline to File Motion for Class Certification and Parties' Dispositive Motion Deadline | April 27, 2018 |

3.       GreenSky requests that the Court postpone the entry of any such deadlines pending its ruling on GreenSky's Motion to Dismiss the Complaint in Favor of Arbitration (Dkt. 13). As discussed in that motion and the reply brief in further support of that motion (dkt. 45), GreenSky contends that Plaintiffs not only agreed to arbitration, but they agreed that such arbitration would be conducted on an individual basis only. (Dkt. 13, Ex. A., ¶ 23.) GreenSky respectfully submits that there is no reason to require the parties to undertake costly and time-consuming class-related discovery before the Court rules on the pending motion, which was filed on August 24, 2016.

                    Respectfully submitted,

                    **JASON TERLIZZI** and **REBECCA TERLIZZI**,
                    individually and on behalf of all others similarly situated,

Dated: October 26, 2017         By: /s/ Benjamin H. Richman
                                                    One of Plaintiffs' Attorneys

        Benjamin H. Richman
        brichman@edelson.com
        Sydney M. Janzen
        sjanzen@edelson.com
        EDELSON PC
        350 North LaSalle Street, 13th Floor
        Chicago, Illinois 60654
        Tel: 312.589.6370
        Fax: 312.589.6378

*Attorneys for Plaintiffs and the putative Classes*

Dated: October 26, 2017        By: /s/ J. Anthony Love

        Barry Goheen
        J. Anthony Love
        KING & SPALDING LLP
        1180 Peachtree Street N.E.
        Atlanta, Georgia 30309
        Phone: 404.572.4600
        Fax: 404.572.5139
        bgoheen@kslaw.com
        tlove@kslaw.com

*Attorneys for Defendant GreenSky, LLC*

**CERTIFICATE OF SERVICE**

I, Benjamin H. Richman, an attorney, hereby certify that on October 26, 2017, I served the above and foregoing ***Joint Status Report*** by causing a true and accurate copy of such paper to be filed with the Clerk of the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Benjamin H. Richman