## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01712

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

**ALTITUDE MARKETING, INC.**, and **GREENSKY, LLC**,

      Defendants.

---

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jason Terlizzi and Rebecca Terlizzi ("Plaintiffs") and Defendant GreenSky, LLC, by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of Plaintiffs' individual claims with prejudice and the putative class's claims without prejudice, with each party to bear its own attorneys' fees and costs.

\*           \*           \*

Respectfully submitted,

**JASON TERLIZZI** and **REBECCA TERLIZZI**, individually and on behalf of all those similarly situated,

Dated: September 25, 2018      By: /s/ Sydney M. Janzen
                            One of Plaintiffs' Attorneys

Benjamin H. Richman
brichman@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**GREENSKY, LLC**,

Dated: September 25, 2018                    By: /s/ J. Anthony Love
                                                  One of Its Attorneys

Barry Goheen
J. Anthony Love
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5139
bgoheen@kslaw.com
tlove@kslaw.com

**CERTIFICATE OF SERVICE**

I, Sydney M. Janzen, an attorney, hereby certify that on September 25, 2018, I served the

above and foregoing ***Stipulation of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(ii)*** by

causing a true and accurate copy of such paper to be filed with the Clerk of the Court and

transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Sydney M. Janzen